JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA VAZQUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>PRUDENTIAL HEALTHCARE AND LIFE INSURANCE COMPANY OF AMERICA, A CALIFORNIA CORPORATION; AETNA HEALTH AND LIFE INSURANCE COMPANY, A CALIFORNIA CORPORATION; AND DOES 1 THRU 10, INCLUSIVE,<br><br>  Defendants. | Case No. EDCV 14-01898-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against PRUDENTIAL HEALTHCARE AND LIFE INSURANCE COMPANY OF AMERICA is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: October 20, 2014

VIRGINIA A. PHILLIPS
United States District Judge