UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA VAZQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA HEALTH AND LIFE INSURANCE COMPANY, a California Corporation, and Does 1 thru 10, inclusive<br><br>    Defendants. | Case No.: EDCV14-1898 VAP (KKx)<br><br>ORDER<br><br>**FRCP § 41(a)(1)** |

Counsel for the Plaintiff has requested a voluntary dismissal pursuant to **Federal Rules of Civil Procedure sec. 41(a)(1)**, and counsel for the Defendant, Aetna Life Insurance, has agreed to the request.

**IT IS HEREBY ORDERED AS FOLLOWS:**

The case of **Vazquez vs. Aetna Life Insurance Company** is hereby dismissed pursuant to **Federal Rules of Civil Procedure sec. 41(a)(1)**. The dismissal is made without prejudice.

IT IS SO ORDERED,

Dated : November 4, 2014

*Virginia A. Phillips*
HON. VIRGINIA A. PHILLIPS
United States District Judge

---

Vazquez vs. AETNA- 1

Order of Dismissal